**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6436

CHRISTOPHER LANE,

Plaintiff – Appellant,

v.

ROBERT WARD, Active Director; DENNIS PATTERSON, Division
Director of Op; WAYNE MCCABE, Warden; JAMES BLACKWELL, DHO;
THIERRY NETTLES, Major; LESLIE DAVIS, Lieutenant; FRED
THOMPSON, Asst. Warden; TIMOTHY CLARKE, SMU Captain; ANNE
SHEPHARD, Shift Captain,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  R. Bryan Harwell, District Judge.
(0:11-cv-02829-RBH)

Submitted:  May 23, 2013                  Decided:  May 29, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher Lane, Appellant Pro Se. Christopher Thomas Dorsel,
Sandra J. Senn, SENN LEGAL, LLC, Charleston, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lane appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lane v. Ward, No. 0:11-cv-02829-RBH (D.S.C. Mar. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2